

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-121 |
| v. | INDICTMENT |
| STEVEN VIVAS,<br>also known as, Steven Rodriguez,<br>also known as, Christopher Robinson, and<br>ANGELA MARIE QUINN,<br><br>Defendants. | T. 18 U.S.C. § 922(a)(6)<br>T. 18 U.S.C. § 922(g)(1)<br>T. 18 U.S.C. § 922(g)(8)<br>T. 18 U.S.C. § 922(g)(9)<br>T. 18 U.S.C. § 924(a)(1)(A)<br>T. 18 U.S.C. § 924(a)(2)<br>T. 18 U.S.C. § 924(a)(8)<br>T. 18 U.S.C. § 932(b)(1)<br>T. 18 U.S.C. § 932(c)(1)<br>T. 18 U.S.C. § 924(d)<br>T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(False Statement During Purchase of a Firearm)**

On or about July 18, 2024, in the Southern District of Iowa, the defendant, ANGELA MARIE QUINN, in connection with the acquisition of a firearm, namely: Smith & Wesson, Model M&P-15, 5.56-millimeter ~~pistol~~ rifle, with serial number SU51207, from Generational Guns, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21(a), that she was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (False Statement During Purchase of a Firearm)

On or about July 18, 2024, in the Southern District of Iowa, the defendant, ANGELA MARIE QUINN, knowingly made a false statement and representation to Generational Guns, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Generational Guns. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to 21(a) that she was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
### (Straw Purchasing Conspiracy)

On or about July 18, 2024, in the Southern District of Iowa, the defendants, STEVEN VIVAS, also known as, Steven Rodriguez and Christopher Robinson, and ANGELA MARIE QUINN, conspired with each other to knowingly purchase a firearm, namely: Smith & Wesson, Model M&P-15, 5.56 millimeter ~~pistol~~ rifle [sic], with serial number SU51207, in or otherwise affecting commerce for, on behalf of, or at the request or demand of STEVEN VIVAS, knowing or having reasonable cause to believe that STEVEN VIVAS had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

## THE GRAND JURY FURTHER CHARGES:

### COUNT 4
### (Prohibited Person in Possession of a Firearm)

On or about July 18, 2024, in the Southern District of Iowa, the defendant, STEVEN VIVAS, also known as, Steven Rodriguez and Christopher Robinson, in and affecting commerce, knowingly possessed a firearm, namely: Smith & Wesson, Model M&P-15, 5.56-millimeter ~~pistol~~ rifle, with serial number SU51207. At the time of the offense, the defendant (1) knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year; (2) knew he was subject to a court order issued in the Iowa District Court for Scott County on May 30, 2024, in case number FECR432688, and issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, restraining him from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner, that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, that included a finding that the defendant was a credible threat to the physical safety of the intimate partner; and (3) knew he had been convicted of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(8), 922(g)(9), and 924(a)(8).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Count 1, 2, 3, and/or 4 of this Indictment, the defendants, STEVEN VIVAS, also known as, Steven Rodriguez and Christopher Robinson, and ANGELA MARIE QUINN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm identified in Counts 1, 3, and/or 4 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: *MacKenzie Tubbs* (signature)
MacKenzie Benson Tubbs
Assistant United States Attorney

5